The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Builders and Merchants Bank and Trust Company, defendant.
Hilmer Johnson, appellant, v. Will H. Wade, receiver, appellee. Gen. No. 36,584.

Opinion filed November 21, 1933.
Lavin & Jaffe and Milton O. Olson, for appellant; William Jaffe and Ira S. Kolb, of counsel. Urion, Drucker, Bishop & Boutell, for appellee; William B. Gemmill and Theodore L. Hamer, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

James Toomey et al., appellees, v. John E. Toomey, as executor of the last will and testament of Mary L. O'Connor, deceased, and as an individual, appellant. Gen. No. 36,621.

Opinion filed November 21, 1933.
Thomas J. Courtney and William J. McGah, for appellant. Thomas D. Nash and Michael J. Ahern, for appellees; Martin J. McNally, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

William Brandenburg Company, complainant, v. Martha Melvin et al., defendants, on appeal of Hollister-Whitney Company, appellant. Gen. No. 36,640.

Opinion filed November 21, 1933.
Ogren & Cross, for appellant. Hutson, Traeger & Bolger, for appellees.
Mr. Justice Gridley delivered the opinion of the court.